[No. 24074–9–I.   Division One.   May 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT ELIAS ARGUELLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–05235–9, Charles V. Johnson, J., entered May 5, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Kennedy, JJ.

[Nos. 24837–5–I; 24844–8–I; 24852–9–I.   Division One.   May 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD C. ROBERTS, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 88–1–00533–4, 88–1–05011–9, 89–1–02173–7, Arthur E. Piehler, J., entered September 21, 1989. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 25657–2–I.   Division One.   May 6, 1991.]

GERALD F. PARHAM, *as Personal Representative,* ET AL, *Appellants,* v. DOMINICK R. TOULOUSE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–12721–4, Robert E. Dixon, J., entered January 16, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Forrest, J., concurred in by Kennedy and Agid, JJ.